IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  
    OLIVER, WILLIAM T, JR  
    OLIVER, IMELDA S  

CASE NO. 08-30155  

CHAPTER 7  

    Debtor(s).

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS PURSUANT TO 11 U.S.C. §347

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 3 | Alltel Communications<br>I Allied Drive B4F03<br>Little Rock, AR  72202 | $33.75 |

The check was mailed to the creditor at the above address on August 18, 2009. The check was never cashed and was not returned to the Trustee. A stop payment has been issued on this check.

    /s/ Karin A. Garvin  
    Karin A. Garvin, Trustee  
    FL Bar No. 0106933  
    220 W. Garden St., Ste 805  
    Pensacola, FL  32502  
    850-437-5577/850-437-5250 fax  
    trustee@kgarvinlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court.  *Note: for verification of the date of service, please check the docket entry for this document.*

    /s/ Karin A. Garvin